In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-296 CV


____________________



IN RE J. RAY MCDERMOTT, INC.






Original Proceeding






MEMORANDUM OPINION (1)


 On July 2, 2004, J. Ray McDermott, Inc., filed a petition for writ of mandamus in
which the relator asks this Court to order the trial judge to vacate its order severing
relator's claims against underlying parties from the underlying case. The trial court
subsequently vacated its order. On July 12, 2004, the relator filed a motion to dismiss the
petition on the grounds that the issue presented in the petition is now moot.

 Accordingly, this original proceeding is dismissed without reference to the merits.

 WRIT DISMISSED. 

 PER CURIAM


Opinion Delivered July 22, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.